IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATANYA K. DELOACH**                                                          **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO.: 3:15-cv-40-CWR-FKB**

**JACKSON PUBLIC SCHOOL DISTRICT**                             **DEFENDANT**

## STIPULATION OF DISMISSAL

Plaintiff, LaTanya Deloach, submits this her Stipulation of Dismissal, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulates and agrees that the above-referenced civil action is dismissed with prejudice against Jackson Public School District, with each party to bear their own attorney fees and court costs.

This, the 7th day of December 2015.

                                                         s/Nick Norris
                                                         NICK NORIS (MSB#101574)

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, MS 39216
(P) 601-968-0000
(F) 601-968-0010
nick@watsonnorris.com

AGREED TO:

/s/ KaShonda L. Day
Joanne N. Shepherd
Kashonda L. Day

## **CERTIFICATE OF SERVICE**

      I, NICK NORRIS, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to the following counsel of record:

    Joanne N. Shepherd
    jneslon@jackson.k12.ms.us
    Kashonda L. Day
    kaday@jackson.k12.ms.us
    JACKSON PUBLIC SCHOOL DISTRICT
    P. O. Box 2338
    Jackson, Mississippi 39225-2338
    TEL: (601) 960-8916
    FAX: (601) 973-8545

    SO CERTIFIED, this the 7th day of December 2015.

                                          s/Nick Norris
                                          NICK NORRIS